IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BILLY THOMAS WOLFINGTON, JR.,

       Plaintiff,                    No. CIV S-04-2482 GEB KJM P

   vs.

J. SHELTON, et al.,

       Defendants.               <u>ORDER</u>

_____/

       Plaintiff, a previous state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

       On April 8, 2005, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty days.

1 | Plaintiff has not filed objections to the findings and
2 | recommendations.
3 |       Although it appears from the file that plaintiff's copy
4 | of the findings and recommendations was returned, plaintiff was
5 | properly served.  It is the plaintiff's responsibility to keep
6 | the court apprised of his current address at all times.  Pursuant
7 | to Local Rule 83-182(f), service of documents at the record
8 | address of the party is fully effective.
9 |       The court has reviewed the file and finds the findings
10 | and recommendations to be supported by the record and by the
11 | magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED
12 | that:
13 |       1.  The findings and recommendations filed April 8,
14 | 2005, are adopted in full; and
15 |       2.  This action is dismissed for plaintiff's failure to
16 | keep the court apprised of his current address.  <u>See</u> Local Rules
17 | 83-182(f) and 11-110.
18 | Dated:  June 9, 2005

<u>/s/ Garland E. Burrell, Jr.</u>
GARLAND E. BURRELL, JR.
United States District Judge

2